1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

7
8
9

| ROADGUARD INTERLOCK LLC, | CASE NO. C24-0742JLR |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| SOUND DISTRIBUTIONS INC., | |
| Defendant. | |

On August 9, 2024, Defendant Sound Distributions, Inc. ("Sound Distributions") filed an answer, affirmative defenses, and counterclaims in response to Plaintiff Roadguard Interlock LLC's complaint.  (*See* Answer (Dkt. # 9); Compl. (Dkt. # 1).)  On August 12, 2024, the court issued a deficiency letter informing Sound Distributions that (1) attorney Justin I. Mishkin, who filed the answer, did not properly sign it in accordance with Federal Rule of Civil Procedure 11, Local Civil Rule 83.2, and Section IV(L) of the court's Electronic Filing Procedures, and (2) attorney Yaamini Sharma, who did sign the answer, is not admitted to practice before this court and therefore must submit a petition

ORDER - 1

1  for admission and notice of appearance to proceed as counsel in this matter.  (Deficiency

2  Letter (Dkt. # 10).)  The court set a deadline of August 26, 2024 for Mr. Mishkin to file a

3  corrected signature page for the answer.  (*See id.*)  Although the August 26, 2024

4  deadline has now expired, Mr. Mishkin has not filed a corrected signature page and Ms.

5  Sharma has not filed a notice of appearance.  (*See* Dkt.)

6       Accordingly, the court ORDERS Sound Distributions to SHOW CAUSE, by no

7  later than **September 4, 2024**, why the court should not strike its answer, affirmative

8  defenses, and counterclaims (Dkt. # 9) for failure to comply with Federal Rule of Civil

9  Procedure 11, Local Civil Rule 83.2, and the instructions in the deficiency letter.

10  Alternatively, Sound Distributions may respond to this order, by no later than **September**

11  **4, 2024**, by having Mr. Mishkin file a corrected signature page in accordance with the

12  instructions in the deficiency letter and/or by having Ms. Sharma obtain admission to this

13  court and file a notice of appearance in this case.

14       Dated this 27th day of August, 2024.

15

16                                       *[signature]*

17                              JAMES L. ROBART
                            United States District Judge

18

19

20

21

22