UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROADGUARD INTERLOCK LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>SOUND DISTRIBUTIONS, INC.,<br><br>                    Defendant. | CASE NO. C24-0742JLR<br><br>MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

Before the court is Defendant Sound Distributions, Inc.'s ("Sound Distributions") motion to set aside default. (Mot. (Dkt. # 22).) Sound Distributions filed its motion on September 26, 2024, and noted the motion for consideration 15 days later, on October 11, 2024. (*See id.*) The motion, however, should have been noted as a 21-day motion pursuant to Local Civil Rule 7(d)(3). *See* Local Rules W.D. Wash. LCR 7(d)(3) (setting forth a 21-day briefing schedule that applies to most civil motions). The court further

MINUTE ORDER - 1

observes that Plaintiff Roadguard Interlock LLC's ("Roadguard") motion for default judgment is currently pending with a noting date of October 15, 2024. (*See* Def. J. Mot. (Dkt. # 16).) Accordingly, the court ORDERS as follows:

(1) The Clerk is DIRECTED to re-note Roadguard's motion for default judgment (Dkt. # 16) and Sound Distributions's motion to set aside default (Dkt. # 22) for **October 17, 2024**;

(2) The court STAYS the briefing schedule for Roadguard's motion for default judgment pending the resolution of the motion to set aside default; and

(3) Counsel for Sound Distributions is ORDERED to review the current version of this District's Local Civil Rules before making any further filings in this court.

Filed and entered this 3rd day of October, 2024.

RAVI SUBRAMANIAN
Clerk of Court

s/ Ashleigh Drecktrah
Deputy Clerk

MINUTE ORDER - 2